UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

COLIN RAKER DICKEY,

Plaintiff,

v.

COUNTY OF FRESNO, *et al.*,

Defendants.

Case No. 1:25-cv-01829-JLT-EPG

ORDER GRANTING JOINT STIPULATION CONCERNING REMOTE DEPOSITION

(ECF No. 90)

The parties have filed a joint stipulation concerning the protocol for remote depositions. (ECF No. 90). Upon review, the Court shall GRANT the stipulation in accordance with the terms set forth in the joint stipulation.

IT IS SO ORDERED.

Dated: **September 17, 2026**

/s/ Eric P. Grosjean

UNITED STATES MAGISTRATE JUDGE