UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLIN RAKER DICKEY,<br>Plaintiff,<br>v.<br>COUNTY OF FRESNO, *et al.*,<br>Defendants. | 1:25-cv-01829-JLT-EPG<br>ORDER GRANTING MOTION FOR DISCOVERY<br>(ECF No. 96) |

Defendants City of Fresno and Douglas R. Stokes have filed an application for leave to take the deposition of Plaintiff, Colin R. Dickey, a prisoner currently incarcerated at Pelican Bay State Prison. (ECF No. 96). Plaintiff has filed a statement of non-opposition to the request. (ECF No. 98).

Upon consideration, and good cause appearing, the Court shall GRANT the application to take Plaintiff's deposition on December 10, 2026, pursuant to Federal Rule of Civil Procedure 30(a)(2)(B).

The hearing on the motion, currently set for November 6, 2026, at 11:00 a.m., is vacated.

IT IS SO ORDERED.

Dated: **October 30, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE